UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RYAN WOODLE, | Case No. 1:12-cv-879 |
| Plaintiff, | Bowman, M.J. |
| v. | |
| BAPTIST LIFE COMMUNITIES, | |
| Defendant. | **ORDER** |

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed this action in November 2012. On May 1, 2013, after failing to appear for two telephone status conferences, Plaintiff was ordered to Show Cause, in writing and within ten days of the Order, why this matter should not be dismissed for lack of prosecution. (Doc. 19). Thereafter, on May 3, 2013, Plaintiff filed a response to the Show Cause Order asserting that he failed to receive notice of the April 16, 2013 phone conference. (Doc. 20).

In an abundance of caution and in light of Plaintiff's *pro se* status, the undersigned declines to recommend dismissal of this action for lack of prosecution at this time. Accordingly, this matter is re-set for an additional status conference, by phone, on **Monday, May 20, 2013 at 2:00 p.m, as follows:**[1]

| | |
|---|---|
| Conference meeting telephone number: | 1-888-363-4749 |
| Access code: | 8651321 |
| Participant security code: | 2010 |

**IT IS SO ORDERED.**

    *s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

---

[1] The Clerk is DIRECTED to email a courtesy copy of this Order to Plaintiff at rwoodle29@yahoo.com.